UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN J. BANK,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>QUALITY LOAN SERVICE CORPORATION,<br><br>　　　　　　　　　　Defendants. | Case No. 2:15-cv-01313-RFB-NJK<br><br>ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE NANCY J. KOPPE |

　　　　Before the Court for consideration is the Report and Recommendation (ECF No. 6) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered February 29, 2016.

　　　　A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by March 17, 2016. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation.

1     **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 6) is
2 **ACCEPTED and ADOPTED in full**.
3     **IT IS ORDERED** that Plaintiff Steven J. Banks case is dismissed without prejudice due
4 to failure to response to Order to Show Cause (ECF No. 4).
5     **IT IS FURTHER ORDER** that Plaintiff's case be dismissed without prejudice and that
6 the Clerk of Court shall serve this Order on the person(s) and respective addresses noted in the
7 Report and Recommendation. The Clerk shall enter judgment accordingly and close the case.
8     DATED this 24th day of March, 2016.

                                                                     _____
                                                                       RICHARD F. BOULWARE, II
                                                                       UNITED STATES DISTRICT JUDGE